UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.: CV 14-00211-MAN          Date: July 14, 2014

Title:   Clifford Leon Miles v. Carolyn W. Colvin
========================================================================
DOCKET ENTRY:     Order To Show Cause Why This Action Should Not Be Dismissed
========================================================================
PRESENT:

　　　　　　Hon. Margaret A. Nagle, United States Magistrate Judge

　　　　　　Earlene Carson　　　　　　N/A
　　　　　　Deputy Clerk　　　　　　　Court Reporter/Tape No.

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANTS:

　　N/A                                   　　N/A

**PROCEEDINGS (In Chambers):**

On March 6, 2014, defendant filed a Motion To Dismiss For Lack Of Jurisdiction, which asserts that subject matter jurisdiction is lacking in this case, because there is no final agency decision within the meaning of 42 U.S.C. § 405(g).  On March 14, 2014, the Court issued an Order that directed plaintiff to file am opposition or statement of non-opposition to the Motion by no later than April 11, 2014.

It is three months past the deadline established by the Court's March 14, 2014 Order, and plaintiff has neither complied with the Court's Order nor requested an extension of time to do so.  Pursuant to Local Rule 7-12, a failure to oppose a motion may be deemed to be consent to its granting.  Moreover, the Court has reviewed the Motion and it appears to be meritorious.

Accordingly, **by no later than July 28, 2014**, plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for the reasons set forth in the Motion.  Plaintiff is cautioned that a failure to file a timely response to this Order To Show Cause will be deemed to constitute a concession that the Motion is meritorious, and the Court thereafter will promptly rule on the Motion and this action may be dismissed.

IT IS SO ORDERED.

MINUTES FORM 11                                           Initials of Deputy Clerk _efc____
CIVIL - GEN