1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10
11  **CLIFFORD LEON MILES,**                    )      NO. CV 14-211-MAN
                                             )
12                    **Plaintiff,**            )
                                             )      JUDGMENT
13            **v.**                           )
                                             )
14  **CAROLYN W. COLVIN, Acting**               )
    **Commissioner of Social Security,**        )
15                                           )
                      **Defendant.**            )
16  _____)
17
18        Pursuant to the Court's Memorandum Opinion and Order,
19
20        IT IS ADJUDGED that this action is dismissed without prejudice.
21
22  DATED:  August 22, 2014
23                                    _____
                                           MARGARET A. NAGLE
24                                    UNITED STATES MAGISTRATE JUDGE
25
26
27
28